| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Harwell, Robert B. | 2. Court or Organization<br><br>U.S. District Court of S.C. | 3. Date of Report<br><br>5/1/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>401 West Evans Street<br>McMillan Federal Bldg<br>Florence, SC 29501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer/Director | Harwell Farms and Investment, Inc. |
| 2. Officer/Director | Harwell Development Co., Inc. |
| 3. Trustee | Trust #1 |
| 4. Custodian | Custodial Account #1 |
| 5. Custodian | Custodian Account #2 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 11 P 12: 09 FINANCIAL DISCLOSURE OFFICE

Harwell_Robert_B

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 5/1/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Bar Association | 1/25 to 1/26/2008 | Charleston, SC | SC Bar Meeting | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 5/1/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab (sweep accts) | C | Interest | K | T | | | | | |
| 2. Wachovia Bank Stock | A | Dividend | J | T | | | | | |
| 3. Wells Fargo & Co. Stock | A | Dividend | J | T | | | | | |
| 4. Autoliv Inc. Stock | A | Dividend | J | T | | | | | |
| 5. Rhom & Haas Inc. Stock | A | Dividend | J | T | | | | | |
| 6. The South Financial Group Stock | B | Dividend | K | T | | | | | |
| 7. Wachovia Bank (various accts) | D | Interest | M | T | | | | | |
| 8. First Reliance Bank (various accounts) X | B | Interest | L | T | | | | | See Note #1 |
| 9. South Carolina Bank & Trust (account) X | B | Interest | M | T | | | | | See Note #1 |
| 10. Carolina First Bank (account) X | B | Interest | | | Matured | 11/01 | M | B | See Note # 2 |
| 11. Citizens Bank (account) X | B | Interest | | | Matured | 10/01 | M | B | See Note #2 |
| 12. Anderson Brothers Bank (account) X | B | Interest | | | Matured | 10/31 | M | B | See Note #2 |
| 13. Carolina Bank (account) X | B | Interest | M | T | | | | | See Note #1 |
| 14. National Bank of South Carolina(account) X | A | Interest | M | T | | | | | See Note #1 |
| 15. BB&T Bank (various accts) | D | Interest | N | T | | | | | |
| 16. Harwell Farms & Investment 12 1/2% 12/3 1/04 compiled $31M | A | Dividend | K | U | | | | | |
| 17. Harwell Devel Co.,Inc. 12 1/2% compiled 12/31/04 $52M | | None | | | Closed | 3/3 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PCDG, LLC (10%) 1998 & 2000 $32,000 | | None | K | R | | | | | |
| 19. Charles Schwab IRA #1 | B | Dividend | L | T | | | | | |
| 20. -Cash Fund | | | | | | | | | |
| 21. -Dimensional Fund Advisors Intl Small Co Port | | | | | | | | | |
| 22. -Dimensional Fund Advisors Intl Value III Port | | | | | | | | | |
| 23. -Dimensional Fund Advisors Large Cap Intl Port | | | | | | | | | |
| 24. -Dimensional Fund Advisors Large Cap Value III Port | | | | | | | | | |
| 25. -Dimensional Fund Advisors US Large Co Instl Index Port | | | | | | | | | |
| 26. -Dimensional Fund Advisors US Small Cap Port | | | | | | | | | |
| 27. -Dimensional Fund Advisors US Small Cap Value | | | | | | | | | |
| 28. Charles Schwab IRA#2 | B | Dividend | M | T | | | | | |
| 29. -Cash Fund | | | | | | | | | |
| 30. -Dimensional Fund Advisors Intl Small Co Port | | | | | | | | | |
| 31. -Dimensional Fund Advisors Intl Value III Port | | | | | | | | | |
| 32. -Dimensional Fund Advisors Large Cp Intl Port | | | | | | | | | |
| 33. -Dimensional Fund Advisors Large Cap Value III | | | | | | | | | |
| 34. -Dimensional Fund Advisors US Lg Co. Inst Index Port | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Dimensional Fund Advisors US Small Cap Port | | | | | | | | | |
| 36. -Dimensional Fund Advisors US Small Cap Value | | | | | | | | | |
| 37. Charles Schwab IRA#3 | A | Dividend | K | T | | | | | |
| 38. -Cash fund | | | | | | | | | |
| 39. -Dimensional Fund Advisors US Small Cap Port | | | | | | | | | |
| 40. Trust #1 | C | Dividend | M | T | | | | | |
| 41. -Cash Fund-Charles Schwab | | | | | | | | | |
| 42. -BB&T Corp Stock | | | | | | | | | |
| 43. -Vanguard short-term treasury | | | | | | | | | |
| 44. Berkeley Co SC Zero 6/1/12 | C | Interest | L | T | | | | | |
| 45. Clemson University, SC Zero 5/1/10 | B | Interest | L | T | | | | | |
| 46. Piedmont Mun. Power Zero 1/1/08 | | None | | | Matured | 1/1 | J | A | |
| 47. Piedmont Mun. Power Zero 1/1/13 | A | Interest | K | T | | | | | |
| 48. Piedmont Mun. Power Zero 1/1/13 | A | Interest | J | T | | | | | |
| 49. Piedmont Mun Power Zero 1/1/15 | C | Interest | L | T | | | | | |
| 50. Richland Co SC Zero 8/1/09 | C | Interest | L | T | | | | | |
| 51. SC Zero 7/1/12 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Three Rivers Solid Zero 1/1/09 | B | Interest | K | T | | | | | |
| 53. Three Rivers Solid Zero 1/1/11 | B | Interest | K | T | | | | | |
| 54. Three Rivers Solid Zero 1/1/12 | B | Interest | K | T | | | | | |
| 55. Three Rivers Solid Zero 1/1/13 | B | Interest | K | T | | | | | |
| 56. Dimensional Fund Advisors Tax Man US M ktwde | A | Dividend | J | T | | | | | |
| 57. Rental Prop North Myrtle Beach,SC (2003 ,$238,600) | D | Rent | M | R | | | | | |
| 58. ████Harwell &Sons Prop (Cherry Grove, SC) 49% ($243,000 | | None | M | U | | | | | |
| 59. -on 2004 tax return) | | | | | | | | | |
| 60. College Bound Fund #1,Alliance Bernstein Mutual Funds | A | Dividend | J | T | | | | | |
| 61. -CBF Appreciation Port Alt Bx | | | | | | | | | |
| 62. College Bound Fund #2,Alliance Berstein Mutual Funds | A | Dividend | K | T | | | | | |
| 63. -CBF Appreciation Port Alt BX | | | | | | | | | |
| 64. SC Future Scholar Plan #1,Columbia Mutual Funds | | None | J | T | | | | | |
| 65. -Bond Port-A | | | | | | | | | |
| 66. -Large Cap Core Port-A | | | | | | | | | |
| 67. -Mid Cap Growth Port-A | | | | | | | | | |
| 68. -Small Cap Growth Port-A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 5/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SC Future Scholar Plan #2, Columbia Mutual Funds | | None | J | T | | | | | |
| 70. -Bond Port-A | | | | | | | | | |
| 71. -Large Cap Core Port-A | | | | | | | | | |
| 72. -Mid Cap Grow Port-A | | | | | | | | | |
| 73. -Small Cap Growth Port-A | | | | | | | | | |
| 74. ▮▮▮▮Farms, Florence, SC (1999 $125,000) | | None | M | R | | | | | |
| 75. Custodial Account#1 | | None | J | T | | | | | |
| 76. -The South Financial Group Stock | | | | | | | | | |
| 77. Custodial Acct#2 | | None | J | T | | | | | |
| 78. -The South Financial Group Stock | | | | | | | | | |
| 79. ▮▮▮▮, Florence, SC (2006 $70,000) | | None | L | R | | | | | |
| 80. SC Tuition Prepayment Program #1 | | None | K | T | | | | | |
| 81. SC Tuition Prepayment Program #2 | | None | K | T | | | | | |
| 82. Lot ▮▮▮▮ Florence, SC (2007 $38,275 | | None | | | Sold | 3/14 | K | B | William & Rhonda Watkins |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note #1 -Funds moved  from other financial institutions listed

Note #2- Funds moved from and into other financial institutions listed

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544